COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| V.M., | § | No. 08-12-00181-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2009CM6364) |

**MEMORANDUM   OPINION**

V.M. appeals from a final order terminating her parental rights to six children.   We affirm.

V.M. is represented on appeal by court-appointed counsel who has filed a brief in accordance with the requirements of *Anders v. California*, 386 U.S. 738, 741-44, 87 S.Ct. 1396, 1398-1400, 18 L.Ed.2d 493 (1967).   Court-appointed counsel has concluded that, after a thorough review of the record, V.M.'s appeal is frivolous and without merit.   In *Anders*, the Supreme Court recognized that counsel, though appointed to represent the appellant in an appeal from a criminal conviction, had no duty to pursue a frivolous matter on appeal.   *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400.   Thus, counsel was permitted to withdraw after informing the court of his conclusion and the effort made in arriving at that conclusion.   *Id.*   On several occasions, this Court has concluded that that the procedures set forth in *Anders* apply to an appeal from a case involving the termination of parental rights when court-appointed counsel has determined that the appeal is frivolous.   *See In re J.B.*, 296 S.W.3d 618, 619 (Tex.App.--El Paso 2009, no pet.)(holding *Anders*

1

is applicable in an appeal from a termination of parental rights where court-appointed counsel has determined that the appeal is frivolous); *In re K.R.C.*, 346 S.W.3d 618, 619 (Tex.App.--El Paso 2009, no pet.)(same); *see also In re C.A.B*, No. 08-08-00346-CV, 2009 WL 3152869, *1 (Tex.App.--El Paso Sept. 30, 2009, no pet.)(mem. op.)(same).

Court-appointed counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974). In her motion to withdraw filed concurrently with her *Anders* brief, counsel avers that, despite her efforts to contact V.M., she was unable to deliver copies of her motion and brief to V.M. because V.M.'s whereabouts are unknown.[1] V.M. has not filed a *pro se* brief.

We have thoroughly reviewed the record and counsel's brief, and we agree with counsel's professional assessment that the appeal is frivolous and without merit. Because there is nothing in the record that might arguably support the appeal, a further discussion of the arguable grounds advanced in counsel's brief would add nothing to the jurisprudence of the state. Accordingly, the final order terminating V.M.'s parental rights to six children is affirmed. We also grant counsel's motion to withdraw. *See Moore v. State*, No. 03-05-00690-CR, 2007 WL 2811971, *1 (Tex.App.--Austin Sept. 26, 2007, no pet.)(mem. op., not designated for publication)(granting motion to withdraw filed by court-appointed counsel unable to provide a copy of his *Anders* brief to appellant because her whereabouts were unknown).

---

[1] Counsel avers that she attempted several times to contact V.M., who is homeless, by telephone at V.M.'s last known number.

September 19, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.